# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 25-7032**　　　　　　　　　　　　　　**September Term, 2024**

　　　　　　　　　　　　　　　　　　　　　　1:24-cv-03127-ACR

　　　　　　　　　　　　　　　　　　　**Filed On: March 11, 2025** [2105101]

Gregory B. Myers,

　　　　　Appellant

Barbara Ann Kelly,

　　　　　Appellee

　　v.

Naples Golf and Beach Club, Inc., A Florida
Corporation, et al.,

　　　　　Appellees

## O R D E R

　　It is **ORDERED**, on the court's own motion, that appellant show cause on or before April 10, 2025, why this appeal from an interlocutory order of the district court should not be dismissed for lack of jurisdiction. See 28 U.S.C. § 1291 (appellate jurisdiction limited to review of final orders of district court); See 28 U.S.C. § 1292 (addressing circumstances where interlocutory appeal permissible). The response to the order to show cause may not exceed the length limitations established by Fed. R. App. P. 27(d)(2) (5,200 words if produced using a computer; 20 pages if handwritten or typewritten). Failure by appellant to respond to this order may result in dismissal of the appeal for lack of prosecution. See D.C. Cir. Rule 38.

　　The Clerk is directed to send a copy of this order to appellant by certified mail, return receipt requested, and by first class mail.

　　　　　　　　　　　　　　　　　　　　**FOR THE COURT:**
　　　　　　　　　　　　　　　　　　　　Clifton B. Cislak, Clerk

　　　　　　　　　　　　　　　BY:　　/s/
　　　　　　　　　　　　　　　　　　　Erica M. Thorner
　　　　　　　　　　　　　　　　　　　Deputy Clerk